UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE MONTGOMERY, | No. 2:20-cv-0515 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| JARED LOZANO, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2020, the magistrate judge filed findings and recommendations herein which recommended that the petition be dismissed for failure to state a cognizable claim for relief.  ECF No. 7.  The findings and recommendations were served on petitioner and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  Id. at 5.  On December 17, 2020, the magistrate judge filed additional findings and recommendations that recommended denying petitioner's motion for a stay.  ECF No. 19.  The findings and recommendations were served on petitioner and which contained notice to petitioner that any objections were to be filed within fourteen days.  Id.  Petitioner has not filed objections to either of the findings and recommendations.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 27, 2020, ECF No. 7, and December 17, 2020, ECF No. 19, are adopted in full; and

2.  Petitioner's motion for a stay, ECF No. 17, is denied.

3.  Petitioner's application for a writ of habeas corpus is dismissed for failure to state a cognizable claim for relief.

4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: January 27, 2021                /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE